# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

**Michael Thedford**,
[You are the PLAINTIFF, print your full name on this line.]

v.

**Nurse Christie**,
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

-FILED-
NOV 16 2023
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

1:23CV485

Case Number 3:23-cv-865 sc)
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] Nurse Christie | ST. Joseph County Jail 401 West Sample Street South Bend, IN 46601 |
| 2 | [Put the names of any other defendants in these boxes.] | |
| 3 | | |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? __1__

2. What is the name and address of your prison or jail? ST. Joseph County Jail 401 West Sample Street South Bend, IN 46601

3. Did the event you are suing about happen there? ● Yes ○ No, it happened at: _____

4. On what date did this event occur? Sept. 19, 2023 to the Present

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

DO NOT: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

DO NOT: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [The first paragraph has been numbered for you.]

1. On 9/19/2023 I was called to medical due to chest pain, shortness of breath, also skin irritation, and kidney pain. Once seen by Nurse Chirstie, she ignored my skin irritation and kidney pain after I told her I was breathing better. I requested my medical records shortly after my visit to medical on 9/25/2023, and discovered that Nurse Chirstie never had documented that I complained and was having kidney problems on 9/19/2023. I was suppose to be referred to a kidney specialist documented by Kevin Smith on 9/25/2023, but I never got referred and Nurse Chirstie did not prescribed me any pain medication and ignored my medical needs. I filed a grievance on 9/22/2023, my grievance never was answered or returned. I filed another grievance on 10/23/2023, it also haven't been answered or returned. Therefore the matter can not be grieved or remedy can't take place at St. Joseph County Jail. I'm being denied administrative remedy, also medical needs by Nurse Chirstie. Nurse Chirstie has failed to act while actually aware of a substantial risk that serious inmate harm will result, acting

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## Claims and Facts (continued)

In Deliberate Indifference.

2.) My Kidney condition significantly affects my daily activity, because the pain is seriously sharp and unbareable. I've been dealing with the kidney pain from 9/18/2023 to the present which is ongoing. I haven't been seen by a specialist, nor have I recieved medical attention at a bare minimum. Nurse Chiestie ignored my medical needs and sent me back to my unit with no further action taken, therefore Nurse Chirstie is in violation of my Eighth Amendment Right for cruel and unusual punishment. I'm being left in pain still today, no pain medication was prescribed and I do not have the funds to keep paying for medical sick-calls which is fifteen dollars a visit. Nurse Chirstie is aware of my kidney issue it's documented in medical records. Therefore I am suing Nurse Chirstie in her indiviual capacity for puntive damages, and compensatory damages of the amount of $10,000.00, for pain and suffering. Right kidney is swollen and needs specialist attention because my medical needs has been ignored for months, therefore I'm seeking monetary relief for the damages stated above and pain and suffering.

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

5. When did this event happen?
    - ○ Before I was confined.
    - ○ While I was confined awaiting trial.
    - ● After I was convicted while confined serving the sentence.
    - ○ Other: _____

6. Have you ever sued anyone for this exact same event?
    - ● No.
    - ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
    - ● No, this event is not grievable at this prison or jail.
    - ○ Yes, I filed a grievance and attached is a copy of the response from the final step.
    - ○ Yes, this event was grievable, but I did not file a grievance because _____

8. If you win this case, what do you want the court to order the defendant(s) to do?
    [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

    I WANT THE COURT TO GRANT THE DEFENDANT TO PAY FOR COMPENSATORY DAMAGES, PUNITIVE DAMAGES, AND PAIN AND SUFFERING, THEREFORE I'M SEEKING MONETARY RELIEF FOR THE REASONS STATED IN THE CLAIMS.

[Initial Each Statement]

M.T. I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
M.T. I will keep a copy of this complaint for my records.
M.T. I will promptly notify the court of any change of address.
M.T. I WILL NOT send more than one copy of any filing to the court.
M.T. I WILL NOT send summons, USM-285, or waiver forms to the clerk.
M.T. I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on 11 / 13 /20 23 at 10:20 am/pm.
    [Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

FEDERAL # 17908027
OCA # 331607

_Michel Thedford_
Signature                                    Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]