UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| MICHAEL THEDFORD,<br>    Plaintiff, | )<br>)<br>) |
| v. | ) CAUSE NO.: 1:23-CV-485-PPS-JEM<br>) |
| CHRISTIE,<br>    Defendant. | )<br>)<br>) |

**ORDER**

Michael Thedford, a prisoner without a lawyer, filed this case in the Fort Wayne Division raising claims based on events alleged to have occurred in St. Joseph County, which is located within the geographical boundaries of the South Bend Division. Under Norther District of Indiana Local Rule 3-1(b), when "the court determines a case is filed in a division without proper venue, the court may, pursuant to 29 U.S.C. § 1406: (1) dismiss the case; or (2) in the interests of justice, transfer the case by issuing an order directing the clerk to reopen the case in a proper division." In the interests of justice, this case will be transferred, but under Northern District of Indiana Local Rule 40-1(a) and General Order 2023-29, the Clerk will directly assign the new case to the same judges.

For these reasons, the Court **DIRECTS** the Clerk of the Court to close this case and open a new case with these filings in the South Bend Division with the same judges.

SO ORDERED this 20th day of November, 2023.

s/ John E. Martin<br>
MAGISTRATE JUDGE JOHN E. MARTIN<br>
UNITED STATES DISTRICT COURT

cc:   All counsel of record
      Plaintiff, *pro se*